UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JODI LYNN SCANLON,

                  Plaintiff,

     v.

WILMINGTON SAVINGS FUND SOCIETY,
FSB, et al.,

                Defendants.

CASE NO. C17-1532-RSM

ORDER RE: APPLICATION TO
PROCEED IN FORMA PAUPERIS

Plaintiff submitted an application to proceed *in forma pauperis* (IFP). (Dkt. 1.) Because plaintiff does not appear to have funds available to afford the $400.00 filing fee, she financially qualifies for IFP status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, plaintiff's IFP application (Dkt. 1) is GRANTED. The Clerk of the Court is directed to send a copy of this Order to plaintiff and to the assigned District Judge.

DATED this <u>16th</u> day of October, 2017.

Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 1