UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODY LYNN SCANLON, <br><br> Plaintiff, <br><br> v. <br><br> WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-4TT; NORTH STAR TRUSTEE, LLC, <br><br> Defendants. | Case No. C17-1532RSM <br><br> ORDER GRANTING WILMINGTON'S MOTION FOR DISMISSAL |

This matter comes before the Court on Wilmington's Motion for Dismissal (Dkt. #15). Wilmington's Motion for Dismissal was noted for consideration on Friday, April 6, 2018, making any Response due no later than Monday, April 2, 2018. LCR 7(d)(3). To date, no Response has been filed. Pursuant to Local Civil Rule 7(b)(2), "[e]xcept for motions for summary judgment, if a party fails to file papers in opposition to a motion, such failure may be considered by the court as an admission that the motion has merit." The Court considers Plaintiff's non-response in this matter to be such an admission and accordingly grants the motion.

Accordingly, the Court hereby finds and ORDERS that Wilmington's Motion for Dismissal (Dkt. #15) is GRANTED. All of Plaintiff's claims against Wilmington Savings Fund

ORDER – 1

Society, FSB d/b/a Christiana Trust, Not in Its Individual Capacity but Solely as Trustee for BCAT 2014-4TT are DISMISSED and Wilmington Savings Fund Society, FSB d/b/a Christiana Trust, Not in Its Individual Capacity but Solely as Trustee for BCAT 2014-4TT is terminated as a Defendant in this action.

The Clerk shall send a copy of this Order to Ms. Jodi Scanlon at P.O. Box 965, Vashon, WA 98070.

DATED this 16 day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2