UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JODY LYNN SCANLON, | Case No. C17-1532RSM |
| Plaintiff, | ORDER TO SHOW CAUSE RE: SERVICE OF MOTION |
| v. | |
| WILMINGTON SAVINGS FUND SOCIETY, FSB D/B/A CHRISTIANA TRUST, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS TRUSTEE FOR BCAT 2014-4TT; NORTH STAR TRUSTEE, LLC, | |
| Defendants. | |

On March 16, 2018, North Star Trustee, LLC appeared in this action through counsel. Dkt. #16. On March 19, 2018, North Start Trustee, LLC filed a Joinder of North Start Trustee, LLC to Co-Defendant Wilmington's Motion to Dismiss with Prejudice. Dkt. #17. Neither filing contains proof of service to demonstrate that Plaintiff was served with or provided any notice of the filings. Plaintiff is *pro se* and is not a participant in the Court's Electronic Case Filing System.

Defendant North Star Trustee, LLC is ordered to show cause, by April 20, 2018, why its Joinder of North Start Trustee, LLC to Co-Defendant Wilmington's Motion to Dismiss with Prejudice (Dkt. #17) should not be denied for failure to properly serve Plaintiff. *See Bowers v.*

ORDER – 1

*E.J. Rose Mfg. Co.*, 149 F.2d 612 (1945) (requiring strict compliance with legal prerequisites in order to grant dismissal).

Accordingly, the Court hereby finds and ORDERS that Defendant North Star Trustee, LLC must file, by April 20, 2018, proof that Plaintiff was served with a copy of its motion contemporaneously with the motion's filing.

The Clerk shall send a copy of this Order to Ms. Jodi Scanlon at P.O. Box 965, Vashon, WA 98070.

DATED this 16 day of April, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 2